UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KARAMYCHEV ANDREI VLADIMIROVITCH,

        Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

        Respondent.

Case No. 5:25-cv-01620-SB-JC

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's motion to dismiss the petition, the parties' briefing on the motion, Petitioner's "Statement of Facts [and] Motion to Release," Petitioner's "Request for Case Discovery," Petitioner's multiple other submissions/requests, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge. The time for filing objections to the Report has passed, and none has been filed.

Accordingly, the Court accepts the findings and recommendations set forth in the Report and Recommendation.[1]  It is ordered that: (1) the motion to dismiss is granted; (2) the

---

[1] The detention is lawful because it has not exceeded the presumptively reasonable six-month post-removal period. *See Zadvydas v. Davis,* 533 U.S. 678 (2001) (holding that six months is a presumptively reasonable period of detention to secure an alien's removal after the 90-day removal period). The Court therefore does not reach the question whether Petitioner's detention on criminal charges restarted the 90-day period under 8 U.S.C. § 1231(a)(1)(B)(iii). *See Diaz-Ortega v. Lund,* No. 1:19-CV-670, 2019 WL 6003485, at *8 (W.D. La. Oct. 15, 2019) (discussing split in authority on this issue).

Petition and Petitioner's other requests (including the motion to release and motion for discovery) are denied; (3) the Petition and this action are dismissed without prejudice to Petitioner filing a petition if the circumstances of his detention become unlawful; and (4) judgment shall be entered dismissing this action without prejudice.

DATED: October 20, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge