UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAMYCHEV ANDREI VLADIMIROVITCH,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | Case No. 5:25-cv-01620-SB-JC<br><br>JUDGMENT |

Pursuant to the Order accepting the findings, conclusions and recommendations of United States Magistrate Judge, the Petition is denied and dismissed without prejudice.

Dated: October 20, 2025

Stanley Blumenfeld, Jr.
United States District Judge